R. E. COOK, Appellant, v. STATE of Texas, Appellee.

No. 23131.

Court of Criminal Appeals of Texas.

April 18, 1945.

Charles A. Keilin and Arthur J. Mandell, both of Houston, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for sodomy, punishment assessed being 10 years in the penitentiary.

Appellant has filed his affidavit advising this court that he does not desire to further prosecute his appeal, and same is dismissed at appellant's request.

Guy GIORDENELLA, Appellant, v. STATE of Texas, Appellee.

No. 23116.

Court of Criminal Appeals of Texas.

April 4, 1945.

Russell F. Wolters, of Houston, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for robbery, punishment assessed being five years' imprisonment in the penitentiary.

Appellant has filed his affidavit advising the court that he does not further desire to prosecute his appeal, and at his request the same is dismissed.

James A. (Jack) GRAHAM, Appellant, v. STATE of Texas, Appellee.

No. 23109.

Court of Criminal Appeals of Texas.

March 28, 1945.

Jim H. Letts and Milton H. Mulitz, both of Houston, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted of an assault with intent to murder with malice, and sentenced to serve ten years in the penitentiary.

Since the filing of the record in this court, the appellant has presented a written motion, duly verified, stating that he no longer desires to prosecute the appeal and requesting that the same be dismissed. The motion is granted, and the appeal is ordered dismissed.